**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARTIN LANE** | : | |
|     Plaintiff | : | NO.   02 - 2697 |
| | : | |
| VS. | : | JURY TRIAL DEMANDED |
| | : | |
| **BOROUGH OF BANGOR, BANGOR** | : | |
| **POLICE DEPARTMENT and** | : | |
| **JAMES PARRISH, JR.** | : | |
|     **Defendants** | : | |

**PRAECIPE TO WITHDRAW DEFAULT JUDGMENT**

    Kindly withdraw the Default Judgment erroneously filed by the Plaintiff against the Defendant, James Parrish, Jr. on June 12, 2002.

    MATTES & MATTES, P.C.

_____
Attorneys for the Plaintiff
324 North Washington Avenue
Scranton, PA  18503-1578
Attorney I.D. No.  64691
(570) 969-2222