

02 SEP -6 PM 6:32

# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN LANE, | : |
|        Plaintiff, | : CIVIL ACTION |
| | : |
| | : NO. 02-2697 |
| v. | : |
| | : |
| BOROUGH OF BANGOR, | : |
| BANGOR POLICE DEPARTMENT | : |
| and JAMES PARRISH, JR., | : |
| | : |
|        Defendants. | : |

## ENTRY OF APPEARANCE

To the Clerk of Court:

    Kindly enter our appearance as counsel for Defendant James Parrish, Jr. in the above-captioned matter.

 

John C. Romeo, Esquire
Maren Reichert, Esquire
Fox, Rothschild, O'Brien & Frankel LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
(215) 299-2706/2103
Attorneys for Defendant
James Parrish, Jr.

Dated: September 6, 2002

PH1 420847v1 09/05/02

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing entry of appearance was mailed to counsel for plaintiff and counsel for co-defendant, via first class mail, postage prepaid, on the 6th day of September, 2002, to the following addresses:

Roger Mattes, Jr., Esquire
Mattes & Mattes, P.C.
324 North Washington Avenue
Scranton, PA 18503
*Counsel for Plaintiff, Martin Lane*

David J. MacMain, Esquire
Michael J. Butler, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
*Counsel for Defendants,*
*Borough of Bangor and Bangor Police Department*

_____
Maren Reichert

Dated: September 6, 2002

PH1 420847v1 09/05/02