THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN LANE, | : |
| Plaintiff, | : CIVIL ACTION |
| | : NO. 02-2697 |
| v. | : |
| BOROUGH OF BANGOR, BANGOR POLICE DEPARTMENT and JAMES PARRISH, JR., | : |
| Defendants. | : |

## REQUEST FOR WITHDRAWAL OF ENTRY OF DEFAULT

TO THE CLERK OF COURT:

James Parrish, Jr., Plaintiff on the Counterclaim in the above-captioned matter, hereby withdraws his request dated October 30, 2002 for the entry of the default of Martin Lane for failure to plead or otherwise defend the counterclaim.

Respectfully submitted,

_____
John C. Romeo, Esquire
Maren Reichert, Esquire
Fox, Rothschild, O'Brien & Frankel LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
(215) 299-2706/2103
Attorneys for Defendant/Counter-Plaintiff
James Parrish, Jr.

Dated: November 19, 2002

PH1 444289v1 11/18/02

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant James Parrish, Jr.'s Request for the Withdrawal of Entry of Default was mailed to counsel for plaintiff and counsel for co-defendant, via first class mail, postage prepaid, on the 19th day of November, 2002, to the following addresses:

>Roger Mattes, Jr., Esquire
>Mattes & Mattes, P.C.
>324 North Washington Avenue
>Scranton, PA  18503
>*Counsel for Plaintiff/Defendant on the Counterclaim, Martin Lane*
>
>David J. MacMain, Esquire
>Michael J. Butler, Esquire
>Montgomery, McCracken, Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA  19109
>*Counsel for Defendants,*
>*Borough of Bangor and Bangor Police Department*

_____
Maren Reichert

Dated: November 19, 2002

PH1 444289v1 11/18/02