IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN LANE | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 02-CV-2697 |
| vs. | : | |
| | : | |
| BOROUGH OF BANGOR, *et al* | : | |
| Defendant | : | |

## ORDER

AND NOW, this 3rd day of December, 2002, it is **ORDERED** that the **PRETRIAL CONFERENCE** previously scheduled for December 5, 2002, at 11:00 a. m. has been rescheduled to **December 23, 2002, at 10:30 a.m.** in Room 4006, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. It is further **ORDERED** that counsel shall meet and confer as required by Fed. R. Civ. P. 26(f) no later than December 13, 2002.

BY THE COURT:

_____
TIMOTHY J. SAVAGE,  J.