IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTIN LANE** | : | CIVIL ACTION |
| | : | |
| | : | No. 02-CV-2697 |
| v. | : | |
| | : | |
| | : | |
| **BOROUGH OF BANGOR,** | : | |
| **BANGOR POLICE DEPARTMENT,** | : | |
| **and JAMES PARRISH, JR.** | : | |

### ORDER

AND NOW, this 24th day of December, 2002, upon consideration of Defendants' Borough of Bangor and Bangor Police Department's Motion for Judgment on the Pleadings (Docket No. 13), plaintiff's response and after a discussion at the pretrial conference, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.