IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN LANE | : | CIVIL ACTION |
| v. | : | |
| BOROUGH OF BANGOR, et al. | : | NO. 02-2697 |

**O R D E R**

AND NOW, this 24th day of January, 2003, the above-captioned matter having been referred to me, by the Honorable Timothy J. Savage, for settlement discussions, it is hereby **ORDERED** that I will hold a **settlement conference** on **February 26, 2003 at 11:00 a.m.** in Courtroom 3-H, 3rd Floor, U.S. Courthouse, 601 Market St., Philadelphia, PA 19106.

Each counsel appearing for a party must have settlement authority. The parties are to be present, or available by telephone.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2697**
**TODAY'S DATE**: January 24, 2003          **LAW CLERK'S INITIALS**: JJK


| **NAME** | **FAX NUMBER** (Area Code & Number) |

1.  Roger Mattes, Esq.                              570-343-3111
2.  David J. MacMain, Esq./
    Michael J. Butler, Esq.                         215-772-7620
3.  Maren Reichert, Esq./John C. Romeo, Esq.   215-299-2150